**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Civil Action No. 1:26-cv-04230-SEG

NAUTILUS INSURANCE COMPANY,
an Arizona corporation, as subrogee of
CRYSTAL TOWNHOMES LLC and
DIAMOND NATIONAL REALTY,
LLC, Georgia corporations

Plaintiff,

v.

AXIS SURPLUS INSURANCE COMPANY, an
Illinois corporation

Defendant.

---

**AXIS SURPLUS INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

Defendant, AXIS Surplus Insurance Company ("AXIS"), by and through its attorneys of record, hereby submits its Certificate of Interested Persons, pursuant to Local Rule 3.3, and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, as follows:

1. The undersigned counsel for AXIS certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a. Plaintiff Nautilus Insurance Company

b. Defendant AXIS Surplus Insurance Company

i. AXIS Surplus Insurance Company is wholly owned by AXIS Specialty U.S. Holdings, Inc.;

ii. AXIS Specialty U.S. Holdings, Inc., is wholly owned by AXIS Specialty Global Holdings Limited;

iii. AXIS Specialty Global Holdings Limited is wholly owned by AXIS Capital Holdings Limited ("AXIS Capital"); and

iv. AXIS Capital is publicly traded on the New York Stock Exchange under stock symbol AXIS. The Vanguard Group, Inc. owns ten percent (10%) or more of AXIS Capital stock.

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this case:

a. None. AXIS Specialty U.S. Holdings, Inc., AXIS Specialty Global Holdings Limited, and AXIS Capital, have no direct connection to or interest in this litigation.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

Counsel for Plaintiff:

Todd M. Davis
Georgia Bar No. 107809
Davis Law Firm
231 East Adams Street
Jacksonville, FL 32202
(904) 400-1429 (T)
(904) 638-8800 (F)
TD@DavisPLLC.com

Counsel for Defendant:

Matthew J. Fink (*pro hac vice*)
Tucker E. Allen (*pro hac vice*)
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
600 17th Street, Suite 2700S
Denver, CO 80202
(720) 642-7604
mfink@nicolaidesllp.com
tallen@nicolaidesllp.com

M. Brandon Howard
Georgia Bar No. 550524
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, NE
Suite 800

Atlanta, Georgia 30309
(404) 874-8800 (T)
brandon.howard@swiftcurrie.com

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

a. AXIS Surplus Insurance Company is organized under the laws of the State of Illinois, with its principal place of business and corporate headquarters located in Chicago, Illinois;

b. AXIS Specialty U.S. Holdings, Inc. is a holding company organized under Delaware law, with its principal place of business in Alpharetta Georgia;

c. AXIS Specialty Global Holdings Limited is a holding company organized under the laws of Ireland; and

d. AXIS Capital is a holding company organized under the laws of Bermuda.

Dated: October 20, 2026

Respectfully submitted,

**AXIS SURPLUS INSURANCE COMPANY**

By and through its attorneys,

*/s/ Matthew J. Fink*

Matthew J. Fink (*pro hac vice*)
Tucker E. Allen (*pro hac vice*)
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720.642.7604
mfink@nicolaidesllp.com
tallen@nicolaidesllp.com

*/s/ Brandon Howard*
M. Brandon Howard
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree St., NE Suite 800
Atlanta, GA 30309
Telephone: 404.874.8800
brandon.howard@swiftcurrie.com

***Attorneys for Defendant AXIS Surplus Insurance Company***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ M. Brandon Howard*